12896

SMITH v. SPARTANBURG HERALD-JOURNAL CO.
(152 S. E., 823)

*Messrs. Bomar & Osborne,* for appellant,

*Messrs. Perrin & Tinsley,* for respondent,

April 17, 1930.

The opinion of the Court was delivered by Mr. Justice COTHRAN.

This is an appeal from an order of his Honor, Judge Johnson, sustaining a demurrer to the plaintiff's complaint and dismissing the action which was based upon the publication of an article in the newspaper of the defendants, as libelous.

It appears that the demurrer is based entirely upon the absence of a colloquium, the application of the publication to the plaintiff, which under Section 425 of the Code of Civil Procedure is no longer required. See *Bell v. Clinton Mill,* 129 S. C., 242, 124 S. E., 7; *Duncan v. Record Co.,*

145 S. C., 196; 143 S. E., 31; *Pierce v. Inter-Ocean Co.*, 148 S. C., 8, 145 S. E., 541; *Spigner v. Provident Co.,* 148 S. C., 249, 146 S. E., 8.

The order appealed from is reversed, and the case remanded.

MR. CHIEF JUSTICE WATTS and MESSRS. JUSTICES BLEASE, STABLER and CARTER concur.